FILED
2019 Dec-09 AM 10:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **MORRIS LEON BLEDSOE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | Civil Action Number |
| ) | **4:18-cv-01242-AKK-JHE** |
| **WARDEN CARLA JONES, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## **MEMORANDUM OPINION**

The magistrate judge filed a report recommending the court grant Defendants' motion for summary dismissal, doc. 5, and dismiss Bledsoe's petition for a writ of habeas corpus, doc. 1, with prejudice due to his claims being time-barred under 28 U.S.C. § 2244(d)(1)(A). *See* doc. 8. No objections have been filed.

After careful consideration of the record in this case, including the magistrate judge's report, the court hereby **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation.

**DONE** the 9th day of December, 2019.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE